**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LINDA SHERIDAN,<br><br>           Plaintiff,<br><br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC. AND JOHN DOE,<br><br>           Defendants. | CIVIL ACTION NO: 08-11732 |

**STIPULATION OF DISMISSAL**

The parties in the above action, pursuant to Fed. R. Civ. P., Rule 41(a)(1), hereby stipulate that all of the claims be dismissed, with prejudice and without costs.

Respectfully submitted this 14th day of February, 2009.

Respectfully submitted,
NATIONAL ENTERPRISE SYSTEMS, INC.
By Its Attorneys,


*/s/ Andrew M. Schneiderman*
David A. Grossbaum, Esq., BBO #546020
Andrew M. Schneiderman, Esq., BBO #666252
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
Tel: 617-213-7000 / Fax: 617-213-7001

LINDA SHERIDAN,
By her Attorney,

*/s/ Nicholas F. Ortiz*
_____
Nicholas F. Ortiz, Esq., BBO #655135
306 Dartmouth Street, Suite 501
Boston, MA 02116
Tel:  617-338-9400 / Fax: 617-507-3456

Dated:
2/14/09

34045726v1 53696